```
1  THOMAS P. O'BRIEN
   United States Attorney                          JS-6
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   ERIKA JOHNSON-BROOKS
4  Assistant United States Attorney
   California Bar Number: 210908
5       Room 7516, Federal Building
        300 North Los Angeles Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0474
7       Facsimile: (213) 894-7819
        Erika.Johnson@usdoj.gov
8
   Attorneys for Federal Defendants
9
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GUOZHEN YU and XIN LI, | No.  CV 07-03613 SJO (AGRx) |
| Plaintiffs, | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| v. | |
| JANE ARELLANO, et al. | [F.R.C.P. 41(a)(1)(ii) and Local Rule 41-2] |
| Defendants. | |

/ / /

/ / /

**ORDER**

Good cause appearing, IT IS SO ORDERED that this case is dismissed without prejudice.

DATED: ___9/10/08_____

/S/ S. James Otero
_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE